AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>JONATHAN TUAN-ANH TRAN<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 6, 2018  in the county of  -----  in the  District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 401(3) | Contempt of Court |
| D.C. Code 22-4514(a) | Posession of Prohibited Weapon (Switchblade Knife) |

This criminal complaint is based on these facts:
See attached Statement of Facts


☑ Continued on the attached sheet.

*Complainant's signature*

Officer Bryin Cooper, U.S.S.S.
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  07/09/2018

*Judge's signature*

City and state:  

U.S. Magistrate Judge Deborah A. Robinson
*Printed name and title*