# STATEMENT OF FACTS

On 9/25/17, defendant JONATHAN TUAN TRAN was sentenced by U.S. District Court Judge James Boasberg to a term of probation of 24 months following his conviction on one count of 18 U.S.C. §1752(a)(1), Entering or Remaining on Restricted Grounds, that is, the White House. As a condition of probation, the defendant was ordered, among other things, to (1) stay away from "entering the grounds of the National Mall or the White House", (2) participate in mental health treatment, and (3) not possess a firearm or other dangerous weapon. The sentencing order also specified: "You must not knowingly leave the federal judicial district where you are authorized to reside [in this case, the Northern District of California] without first getting permission from the court or the probation officer."

On 07/4/18, while under probation for the above offense, the defendant traveled by plane to the District of Columbia without authorization from his probation officer or the Court. On 07/06/18, at 1410hrs, the U.S. Capitol Police (USCP) notified the United States Secret Service (USSS) that the defendant walked to the steps of the U.S. Capitol on the National Mall and also attempted to gain entry to the office of Congressmen Devin Nunes (Chair of House Intel Committee). USCP Intelligence Special Agents interviewed TRAN and drove him back to his hotel (Room #325, Hotel Harrington, 436 11th Street NW, WDC). TRAN told the agents that he had a knife in his belongings that he probably shouldn't have. At the hotel, Tran gave the officers a TAC Force TF-723 Series Assisted Opening Tactical Folding Knife, which has a springloaded blade in excess of 3¼ inches. Tran stated that he carries the knife for protection. USSS coordinated with SJO regarding TRAN's probation status. Once it was confirmed that TRAN was in violation of his probation, a request for a bench warrant was directed to the U.S. Attorney's Office and the U.S. Probation Office for the District of Columbia. On 7/6/18, U.S. District Judge Amy Berman Jackson issued a bench warrant for TRAN's arrest for the Probation Violation.

On 7/6/18, at 18:27hrs, defendant TRAN was arrested by USSS officers on the Bench Warrant inside Room 325 of the Hotel Harrington, approximately three blocks from the White House complex. At approximately 1855hrs, after waiving his Miranda rights, TRAN stated that he knew he was in violation of his court ordered probation but felt a burning desire to testify on Capitol Hill about his Russian dossier theories publicized following the 2016 Presidential Campaign. TRAN advised he traveled via one way plane ticket on Wednesday, July 4th and was not planning to return to San Jose, CA. TRAN advised he has been noncompliant with his court ordered mental health medication since January. TRAN also advised that family members and close friends were aware of his travels and extremely displeased. TRAN advised he was urged to return home due to consequences of violating his probation.

Among his belongings, in addition to the knife, TRAN had a copy of his U.S. District Court Judgement & Commitment Order. TRAN was also in possession of a notebook containing

handwritten notes that include what appears to be a list of tasks to complete. Under the caption "Protection," the notes list: "pocket knife" (lined out), "baseball bat" (lined out), "audio recorder", "documented photos/videos", "FB Live", "Backstory", and "gun license?"

TRAN also had several books, "*Dangerous Personalities*" by Joe Navarro, "*Psychopath Free*", by Jackson MacKenzie, "*Trump: The Art of the Deal*," by Donald Trump and Tony Schwartz, and "*The Art of War*," by Sun Tzu, that contained highlighted and bookmarked sections; consistent with books found on TRAN's person during the March 2017 arrest at the White House. TRAN also had sufficient personal items and toiletries among his belongings to sustain a prolonged visit. This was confirmed with Hotel Harrington Staff, who stated TRAN originally checked in for one night before extending and prepaying his room until Sunday, July 8 2018.

TRAN was subsequently transported to MPDC Central Cell Block for further processing.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 401(3), Contempt of Court, and D.C. Code 22-4514(a), Possession of Prohibited Weapon (Switchblade Knife).

_____
Bryin T. Cooper
Officer, United States Secret Service

Sworn and subscribed to me before this _____ day of July, 2018.

_____
The Honorable Deborah Robinson
United States Magistrate Judge