# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | Crim. No.: 18-mj-00068 (DAR) |
| : | |
| **JONATHAN TUAN-ANH TRAN** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to dismiss without prejudice both counts of the Complaint filed on July 9, 2018 charging the defendant with Contempt of Court, 18 U.S.C. §401(3) and Possession of a Prohibited Weapon (Switchblade Knife), 22 D.C. Code 4514(a).

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472-845

By: _____/s/_____
KENNETH C. KOHL
D.C. Bar No. 476-236
Assistant United States Attorney
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Ken.Kohl@usdoj.gov
(202) 252-7793

Dated: July 19, 2018

**Certificate of Service**

I hereby certify that a copy of the foregoing has been filed with the Court on ECF and will be served, along with its attachments, via email on counsel of record in *United States v. Jonathan Tuan-Anh Tran*, Crim. No. 18-mj-00068 (DAR) on July 19, 2018.

/s/ Kenneth C. Kohl
Kenneth C. Kohl
Assistant United States Attorney