UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JONATHAN TUAN-ANH TRAN,

Defendant.

Magistrate No. 18-00068
DAR

FILED
JUL 19 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER

Upon consideration of the Government's Motion to Dismiss without prejudice both counts of the Complaint (ECF No. 3), it is hereby

**ORDERED** that said motion is **GRANTED**, and that the Complaint filed on July 9, 2018 (*see* ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

DEBORAH A. ROBINSON
United States Magistrate Judge

July 19, 2018